United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCE & CO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAST BRAND, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-06016-AMO<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 14 |

　　　　Before the Court is Defendant Last Brand, Inc.'s Motion for Extension of Time to File a Response pursuant to Civil Local Rule 6-3.  Last Brand seeks a two-week extension of the deadline to file an opposition to Plaintiff's Motion for Preliminary Injunction.  In support of the request for extension of time, Last Brand explains that it requires additional time to investigate the allegations presented in the Motion for Preliminary Injunction, including obtaining any necessary declarations from witnesses and employees unavailable due to the Lunar New Year holiday.  Briers Decl. ¶ 4.  While the Court values and respects holiday respites from work, Last Brand has not demonstrated that any of the employees necessary to inform its investigation into the marketing allegations in Quince & Co LLC's Motion are unavailable as a result of the holiday.  Last Brand thus fails to show good cause, and the Court DENIES the Motion for an Extension of Time.

　　　　**IT IS SO ORDERED.**

Dated: February 13, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**