# EXHIBIT B

| To: | Quince Hospitality, LLC (wreece@reece-law.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 88145746 - QUINCE - N/A |
| **Sent:** | 1/30/2019 10:36:35 AM |
| **Sent As:** | ECOM103@USPTO.GOV |
| **Attachments:** | Attachment - 1<br>Attachment - 2<br>Attachment - 3<br>Attachment - 4<br>Attachment - 5<br>Attachment - 6<br>Attachment - 7<br>Attachment - 8<br>Attachment - 9<br>Attachment - 10<br>Attachment - 11<br>Attachment - 12<br>Attachment - 13 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 88145746

**MARK:** QUINCE        *88145746*

**CORRESPONDENT ADDRESS:**
WYNNE REECE

REECE LAW, LLC

80 SOUTH EIGHTH STREET, 900 IDS CENTER

MINNEAPOLIS, MN 55402

**CLICK HERE TO RESPOND TO THIS LETTER:**

**http://www.uspto.gov/trademarks/teas/response_forms.jsp**

VIEW YOUR APPLICATION FILE

**APPLICANT:** Quince Hospitality, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
N/A

**CORRESPONDENT E-MAIL ADDRESS:**
wreece@reece-law.com

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE: 1/30/2019**

 The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES**

- Section 2(e)(1) descriptiveness refusal;
- Requirement for clarification of identification and classification of services; and
- Requirements for multiple-class applications.

**SEARCH RESULTS**

The trademark examining attorney has searched the Office's  database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).  However, the applicant must respond to the following refusal and requirements:

**SECTION 2(e)(1) DESCRIPTIVENESS REFUSAL**

Registration is refused because the applied-for mark merely describes an ingredient featured in applicant's  services.  Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

Applicant's  mark is QUINCE for "Catering  services; Event food production services; Custom meal creation services; Providing dining and culinary events; Culinary activities, namely, providing food tasting and advice related thereto; Recipe development".  The term "QUINCE"  is the common descriptive name for type of acidic fruit (*see* the attached dictionary definitions).  Applicant's  services are for food preparation, food tastings, and meal and recipe development, all of which may feature quince fruit or quince flavorings as a food ingredient.  Therefore, the mark  merely  describes an ingredient featured in applicant's  services and is accordingly refused registration on the principal register on the ground that it is merely descriptive.

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose, or use of an applicant's  goods and/or services.  TMEP §1209.01(b); *see, e.g.*, *In re TriVita, Inc.*, 783 F.3d 872, 874, 114 USPQ2d 1574, 1575 (Fed. Cir. 2015) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005) (citing *Estate of P.D. Beckwith, Inc. v. Comm'r of Patents* , 252 U.S. 538, 543 (1920)).

A mark does not need to be merely descriptive of all the goods or services specified in an application.  *In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); *In re Franklin Cnty. Historical Soc'y*, 104 USPQ2d 1085, 1089 (TTAB 2012).  "A descriptiveness refusal is proper 'if  the mark is descriptive of any of the [goods or] services for which registration is sought.'"  *In re The Chamber of Commerce of the U.S.*, 675 F.3d at 1300, 102 USPQ2d at 1219 (quoting *In re Stereotaxis Inc.*, 429 F.3d 1039, 1040, 77 USPQ2d 1087, 1089 (Fed. Cir. 2005)).

The determination of whether a mark is merely descriptive is made in relation to an applicant's  goods and/or services, not in the abstract.  *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1254, 103 USPQ2d 1753, 1757 (Fed. Cir. 2012); *In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); TMEP §1209.01(b); *see, e.g.*, *In re Polo Int'l  Inc.*, 51

USPQ2d 1061, 1062-63 (TTAB 1999) (finding DOC in DOC-CONTROL would refer to the "documents" managed by applicant's software rather than the term "doctor" shown in a dictionary definition); *In re Digital Research Inc.*, 4 USPQ2d 1242, 1243-44 (TTAB 1987) (finding CONCURRENT PC-DOS and CONCURRENT DOS merely descriptive of "computer programs recorded on disk" where the relevant trade used the denomination "concurrent" as a descriptor of a particular type of operating system).

"Whether consumers could guess what the product [or service] is from consideration of the mark alone is not the test." *In re Am. Greetings Corp.*, 226 USPQ 365, 366 (TTAB 1985).

**AMENDMENT TO SUPPLEMENTAL REGISTER SUGGESTED**

The applied-for mark has been refused registration on the Principal Register. Applicant may respond to the refusal by submitting evidence and arguments in support of registration and/or by amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §1091; 37 C.F.R. §§2.47, 2.75(a); TMEP §§801.02(b), 816. Amending to the Supplemental Register does not preclude applicant from submitting evidence and arguments against the refusal(s). TMEP §816.04.

Although registration on the Supplemental Register does not afford all the benefits of registration on the Principal Register, it does provide the following advantages to the registrant:

(1)    Use of the registration symbol ® with the registered mark in connection with the designated goods and/or services, which provides public notice of the registration and potentially deters third parties from using confusingly similar marks.

(2)    Inclusion of the registered mark in the USPTO's database of registered and pending marks, which will (a) make it easier for third parties to find it in trademark search reports, (b) provide public notice of the registration, and thus (c) potentially deter third parties from using confusingly similar marks.

(3)    Use of the registration by a USPTO trademark examining attorney as a bar to registering confusingly similar marks in applications filed by third parties.

(4)    Use of the registration as a basis to bring suit for trademark infringement in federal court, which, although more costly than state court, means judges with more trademark experience, often faster adjudications, and the opportunity to seek an injunction, actual damages, and attorneys' fees and costs.

(5)    Use of the registration as a filing basis for a trademark application for registration in certain foreign countries, in accordance with international treaties.

*See* 15 U.S.C. §§1052(d), 1091, 1094; J. Thomas McCarthy, *McCarthy on Trademarks & Unfair Competition* §§19:33, 19:37 (rev. 4th ed. Supp. 2017).

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

If applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.

**REQUIREMENT FOR CLARIFICATION OF IDENTIFICATION AND CLASSIFICATION OF SERVICES**

The wording "Event food production services; Custom meal creation services; Recipe development" in the identification of services in International Class 043 is indefinite and must be clarified because the nature of the services is unclear. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01. Applicant must amend this wording to specify the common commercial or generic name of the services. *See* TMEP §1402.01. If the services have no common commercial or generic name, applicant must describe or explain the nature of the services using clear and succinct language. *See id*.

The wording "Providing dining and culinary events; Culinary activities, namely, providing food tasting and advice related thereto" in the identification of services for International Class 043 must be clarified because it is too broad and could include services in other international classes. *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03. In particular, food festivals and food tastings are classified as entertainment events in Class 041.

Applicant may substitute the following wording, if accurate, for the entire identification of goods and/or services (additional or alternative wording is in bold font; notes to applicant about how to clarify the identification wording are contained within brackets, but the amended identification should not include this bracketed text):

> "Providing dining and culinary **entertainment** events **in the nature of food tastings**; Culinary **entertainment** activities, namely, providing food tasting," in International Class 041;

> and/or

> "Catering services; Event food **preparation** services; Custom meal creation services**, namely,** ____ [specify services to clarify if this service is preparing the meal and/or planning a meal, for example: "food preparation services", "consulting in the field of menu planning for others", "advice concerning cooking recipes"]; Culinary **consulting services**, namely, providing **culinary** advice related **to food tastings**; Recipe development**, namely, consulting in the field of menu planning for others**," in International Class 043.

The identification of goods or services must be specific, definite, clear, accurate and concise. *See In re Societe Generale des Eaux Minerales de Vittel S.A.*, 1 USPQ2d 1296 (TTAB 1986), rev'd on other grounds , 824 F.2d 957, 3 USPQ2d 1450 (Fed. Cir. 1987); *Procter & Gamble Co. v. Economics Laboratory, Inc.*, 175 USPQ 505 (TTAB 1972), modified without opinion , 498 F.2d 1406, 181 USPQ 722 (C.C.P.A. 1974); *In re Cardinal Laboratories, Inc.,* 149 USPQ 709 (TTAB 1966); *California Spray-Chemical Corp. v. Osmose Wood Preserving Co. of America , Inc .,* 102 USPQ 321 (Comm'r Pats. 1954); *Ex parte A.C. Gilbert Co .*, 99 USPQ 344 (Comm'r Pats. 1953).

Applicant's goods and/or services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different goods and/or services or add goods and/or services not found or encompassed by those in the original application or as acceptably amended. *See* TMEP §1402.06(a)-(b). The scope of the goods and/or services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the goods and/or services will further limit scope, and once goods and/or services are deleted, they are not permitted to be reinserted. TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

## REQUIREMENTS FOR MULTIPLE-CLASS APPLICATIONS

The application references goods and/or services based on use in commerce in more than one international class; therefore, applicant must satisfy all the requirements below for each international class:

(1)     **List the goods and/or services by their international class number** in consecutive numerical order, starting with the lowest numbered class (for example, International Class 3: perfume; International Class 18: cosmetic bags sold empty).

(2)     **Submit a filing fee for each international class** not covered by the fee(s) already paid (view the USPTO's current fee schedule). Specifically, the application identifies goods and/or services based on use in commerce that are classified in at least two classes; however, applicant submitted a fee sufficient for only one class. Applicant must either (a) submit the filing fees for the classes not covered by the submitted fees or (b) restrict the application to the number of classes covered by the fees already paid.

(3)     **Submit verified dates of first use of the mark** anywhere and in commerce **for each international class**. See more information about verified dates of use.

(4)     **Submit a specimen for each international class**. The current specimen is acceptable for classes 041 and 043. See more information about specimens.

Examples of specimens for goods include tags, labels, instruction manuals, containers, and photographs that show the mark on the actual goods or packaging, or displays associated with the actual goods at their point of sale. Webpages may also be specimens for goods when they include a picture or textual description of the goods associated with the mark and the means to order the goods.

Examples of specimens for services include advertising and marketing materials, brochures, photographs of business signage and billboards, and website printouts that show the mark used in the actual sale, rendering, or advertising of the services.

(5)    **Submit a verified statement** that "**The specimen was in use in commerce on or in connection with the goods and/or services listed in the application at least as early as the filing date of the application.**"  See more information about verification.

*See* 15 U.S.C. §§1051(a), 1112; 37 C.F.R. §§2.32(a)(6)-(7), 2.34(a)(1), 2.86(a); TMEP §§904, 1403.01, 1403.02(c).

See an overview of the requirements for a Section 1(a) multiple-class application and how to satisfy the requirements online using the Trademark Electronic Application System (TEAS) form.

The fee for adding classes to a TEAS Reduced Fee (RF) application is $275 per class. *See* 37 C.F.R. §§2.6(a)(1)(iii), 2.23(a). *See* more information regarding the requirements for maintaining the lower TEAS RF fee and, if these requirements are not satisfied, for adding classes at a higher fee using regular TEAS.

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

/Kaelie E. Kung/

Examining Attorney

Law Office 103

571-272-8265

kaelie.kung@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.


**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

https://www.merriam-webster.com/dictionary/quince       01/30/2019 10:25:43 AM



JOIN MWU | GAMES | BROWSE THESAURUS | WORD OF THE DAY | VIDEO | WORDS AT PLAY | FAVORITES

Merriam-Webster SINCE 1828

quince

DICTIONARY    THESAURUS

Purdue Global. A New Addition to the Purdue Family.    LEARN MORE    PURDUE UNIVERSITY GLOBAL

# quince noun

\ ˈkwin(t)s  \

### Definition of *quince*

1 : the fruit of a central Asian tree (*Cydonia oblonga*) of the rose family that resembles a hard-fleshed yellow apple and is used especially in preserves

2 : a tree that bears quinces
— compare JAPANESE QUINCE

### Illustration of *quince*





A Degree That Goes the Distance

PURDUE UNIVERSITY GLOBAL    LEARN MORE

WORD OF THE DAY

proliferate

to grow or increase in number rapidly

Get Word of the Day daily email!

Your email address    SUBSCRIBE

https://www.merriam-webster.com/dictionary/quince          01/30/2019 10:25:43 AM



quince 1

## Examples of *quince* in a Sentence

### Recent Examples on the Web

// Check out their playlist below and play it straight from your computer or phone at your *quince*!
— Emily Laurence, *Seventeen*, "3Ball Mty's Quince Playlist," 1 Aug. 2013

// Similar diseases called cedar-*quince* rust and cedar-hawthorn rust affect junipers and other trees that, like apples, are members of the rose family.
— Beth Botts, *chicagotribune.com*, "Orange growths on juniper trees signal cedar-apple rust," 30 May 2018

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'quince.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More ⊕

## First Known Use of *quince*

14th century, in the meaning defined at sense 1

## History and Etymology for *quince*



### TEST YOUR VOCABULARY

January 2019 Words of the Day Quiz

Which is a synonym of campestral?

frivolous      artificial

rural      celestial

Test your visual vocabulary with our 10-question challenge!
TAKE THE QUIZ »

Test Your Knowledge - and learn some interesting things along the way.
TAKE THE QUIZ »

### TRENDING NOW

1  assimilation
Brokaw apologizes for comm...

2  cave
Trump agrees to end shutdown

3  collusion
Roger Stone indicted in Muel...

https://www.merriam-webster.com/dictionary/quince     01/30/2019 10:25:43 AM

History and Etymology for quince

Middle English *quynce* quinces, plural of *coyn, quyn* quince, from Anglo-French *coign*, from Latin *cotoneum*, alteration *cydonium*, from Greek *kydōnion*

## Learn More about *quince*

**Share *quince***

 

**Resources for *quince***

 

**Dictionary Entries near *quince***

quinary

quinate

Quinault

**quince**

quinceañera

quince curculio

quincentenary

**Statistics for *quince***

**Look-up Popularity**

Bottom 40% of words

**Time Traveler for *quince***

**The first known use of**





https://www.merriam-webster.com/dictionary/quince    01/30/2019 10:25:43 AM

The first known use of
*quince* was in the 14th
century

See more words from the
same century



## More Definitions for *quince*

### quince  noun



**English Language Learners Definition of *quince***

: the yellow fruit of an Asian tree that is used for making jam,
jelly, etc.

: the tree that produces quince

See the full definition for *quince* in the English Language
Learners Dictionary

### quince  noun



https://www.merriam-webster.com/dictionary/quince        01/30/2019 10:25:43 AM

\ ˈkwins 🔊 \

### Kids Definition of *quince*

: a hard sour yellow fruit that resembles an apple, grows on a shrubby Asian tree, and is used especially in jams and jellies



## quince  noun

\ ˈkwin(t)s 🔊 \

### Medical Definition of *quince*

: the fruit of a central Asian tree of the genus *Cydonia* (*C. oblonga*) that resembles a hard-fleshed yellow apple

*also* : the tree

### More from Merriam-Webster on *quince*

Rhyming Dictionary: Words that rhyme with *quince*

Spanish Central: Translation of *quince*

Nglish: Translation of *quince* for Spanish Speakers

Britannica English: Translation of *quince* for Arabic Speakers

Britannica.com: Encyclopedia article about *quince*

Comments on *quince*

https://www.merriam-webster.com/dictionary/quince          01/30/2019 10:25:43 AM

## Comments on *quince*

What made you want to look up *quince*? Please tell us where you read or heard it (including the quote, if possible).

**Show Comments** ⊕

---

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

---

### WORDS AT PLAY









**New England vs. Los Angeles: A Battle of Words | Boston vs.**

**A Journey Around the House in 8 Words**

**'Piano': Its Name Is Only Half the Story**

**Pro-Verb: The Complement to the Pronoun**

| A Battle of Words \| Boston vs. LA Regionalisms | In 8 Words | the Story | the Pronoun |
|---|---|---|---|
| East/west regionalisms: Super Bowl Edition | Fancy names for common parts | The soft and loud of it | Like the pronoun, it's a meaningful substitute |

## ASK THE EDITORS









| Some Odd Words with ISMO: "Junk in the Trunk" | Some Odd Words with ISMO: "People Tipping" | Literally | Is Singular 'They' a Better Choice? |
|---|---|---|---|
| Comedian ISMO on what separates a boot from a trunk | Comedian ISMO on the complexities of the word 'tip' | How to use a word that (literally) drives some people nuts. | The awkward case of 'his or her' |

## WORD GAMES









https://www.merriam-webster.com/dictionary/quince        01/30/2019 10:25:43 AM

**January 2019 Words of the Day Quiz**

Huddle around your screen.

TAKE THE QUIZ >

**Homophone Quiz**

More/moor than/then two/too/to.

TAKE THE QUIZ >

**Name That Thing**

Test your visual vocabulary with our 10-question challenge!

TAKE THE QUIZ >

**Word Winder's CrossWinder**

A game of winding words.

PLAY THE GAME >



**Learn a new word every day.
Delivered to your inbox!**

Your email address

SUBSCRIBE

OTHER MERRIAM-WEBSTER DICTIONARIES

SPANISH CENTRAL
LEARNER'S ESL DICTIONARY
WORDCENTRAL FOR KIDS
VISUAL DICTIONARY

SCRABBLE® WORD FINDER
MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
BRITANNICA ENGLISH - ARABIC TRANSLATION
NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US

   

Browse the Dictionary:  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Word of the Year |
Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary | Browse the Spanish-English Dictionary

© 2019 Merriam-Webster, Incorporated



We use cookies to enhance your experience on our website. This website uses cookies that provide targeted advertising and which track your use of this website. By clicking 'continue' or by continuing to use our website, you are agreeing to our use of cookies. You can change your cookie settings at any time.

Continue        Find out more

RetailMeNot
YOURS FOR THE SAVING

Save on Everything

Up to 80% Off!

ELECTRICAL AND TOOLING COMPONENTS

SEE WHAT'S NEW! ►

MiSUMi

Home › North American English › quince

Definition of *quince* in US English:

# quince

**NOUN**

1   A hard, acid pear-shaped fruit used in preserves or as flavoring.
    *[as modifier]* 'quince jelly'
    + More example sentences

2   The shrub or small tree that bears the quince fruit, native to western Asia.
    │   Cydonia oblonga, family Rosaceae
    + Example sentences

2.1   another term for **japonica**

WORD OF THE DAY

anserine

GET WORD OF THE DAY BY EMAIL

Enter your email address    >

Click here to see our Privacy Policy.

The OED appeal for #HobbyWords:

https://en.oxforddictionaries.com/definition/us/quince          01/30/2019 10:26:57 AM



2.1 another term for japonica

**Origin**

Middle English (originally a collective plural): from Old French cooin, from Latin (malum) cotoneum, variant of (malum) cydonium 'apple of Cydonia (= Chania, in Crete)'.

**Pronunciation** ⓘ

**quince** /kwins/ /kwɪns/ 🔊

an update

OXFORD
WORD
OF THE YEAR
???

The Oxford Word of the Year 2018 is...

RetailMeNot
YOURS FOR THE SAVING™
Save on Everything
Up to 80% Off!
$$$

What is the '-ling' in darling?

https://en.oxforddictionaries.com/definition/us/quince          01/30/2019 10:26:57 AM



Digitizing the OED: the making of the Second Edition

Building dictionaries with crowdsourcing: recording

**Wild Cats**

Which of the following is a type of wild cat?

○ jaguarundi

○ bearcat

NEXT                    0/10

📈 TRENDING WORDS

Most popular in the world

1. kwanza
2. hooper
3. soulie
4. alerion
5. semi-liquid

https://en.oxforddictionaries.com/definition/us/quince        01/30/2019 10:26:57 AM



Further reading

https://en.oxforddictionaries.com/definition/us/quince          01/30/2019 10:26:57 AM



tight"?

One of the mysteries of the English language finally explained.

READ MORE ❯

Some advice to nail your writing assignments.

READ MORE ❯

### English prepositions

How to get prepositions right in a heartbeat.

READ MORE ❯

### Top tips for CV writing

In this article we explore how to impress employers with a spot-on CV.

READ MORE ❯

### Archaic words

Archaic words have a charm that never fades away, from French sounding to wondrously mysterious ones.

READ MORE ❯

**Find Out More**
About
Contact us
Privacy policy
Legal Notice
Cookie Policy
Help

**Follow**
f Facebook
🐦 Twitter
G+ Google+
📷 Instagram

**More from Oxford Dictionaries**
OxfordDictionaries.com
OxfordWords blog
Oxford Dictionaries Spanish
Oxford Global Languages
Oxford Dictionaries Premium

**OXFORD**
UNIVERSITY PRESS

© 2019 Oxford University Press

| **To:** | Quince Hospitality, LLC (wreece@reece-law.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 88145746 - QUINCE - N/A |
| **Sent:** | 1/30/2019 10:36:39 AM |
| **Sent As:** | ECOM103@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **1/30/2019** FOR U.S. APPLICATION SERIAL NO. 88145746

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **1/30/2019** (*or sooner if specified in the Office action*). A response transmitted through the Trademark Electronic Application System (TEAS) must be received before midnight **Eastern Time** of the last day of the response period. For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the TEAS response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that

closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."


Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation.  All <u>official</u> USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."   For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.