ZACHARY M. BRIERS (SBN 287984)
zachary.briers@mto.com
ERIN J. COX (SBN 267954)
erin.cox@mto.com
ADAM W. KWON (SBN 327932)
adam.kwon@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Fax:            (213) 687-3702

*Attorneys for Defendant*
*Last Brand, Inc. d/b/a Quince.com*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINCE & CO LLC, | Case No. 3:23-cv-06016-AMO |
| *Plaintiff,* | Hon. Araceli Martínez-Olguín |
| v. | **DECLARATION OF SEAN MILLIGAN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| LAST BRAND, INC., | |
| *Defendant.* | |
| | **[REDACTED VERSION OF DOCUMENT SOUGHT TO SEALED]** |

I, Sean Milligan, declare and state as follows:

1.      I am the Vice President of Finance for Defendant Last Brand, Inc. d/b/a Quince.com ("Quince.com"). I provide this declaration in support of Quince.com's Opposition to Plaintiff's Motion for Preliminary Injunction. I am over 18 years of age and have knowledge of the facts set forth in this declaration based on personal knowledge as well as information and business records provided to me in my capacity as Vice President of Finance. If called as a witness, I could and would testify competently to the information contained herein.

2.      Since launching in June 2020, Defendant has received more than ▮▮▮▮▮ orders for its products. These orders have been placed by more than ▮▮▮▮▮ customers nationwide. In 2022, Defendant's gross sales exceeded ▮▮▮▮▮. In 2023, its gross sales exceeded ▮▮▮▮▮.

3.      Since June 2020, Defendant has spent in excess of ▮▮▮▮▮ to market its brand to consumers. In 2023 alone, Defendant spent more than ▮▮▮▮▮ on marketing. Defendant purchases advertisements in various marketing channels, including on television, in newspapers, on YouTube, and on social media platforms, such as Instagram and Facebook.

4.      Defendant currently employs 326 individuals as either employees or independent contractors, as follows: 245 salaried, full-time employees; 66 hourly, full-time employees; 4 hourly, part-time employees; 1 salaried, part-time employee; and 10 independent contractors. Of Defendant's 326 employees and independent contractors, 162 of them reside in the United States.

5.      Defendant primarily sells apparel (including footwear and children's apparel), jewelry, and handbags (including soft accessories), which account for approximately ▮▮▮▮▮ of its total sales. The most popular product on Quince.com is its women's cashmere crewneck sweater, which retails for $50. Defendant also sells several smaller product categories, including luggage, bedding, rugs, and drapes, which combined account for an additional ▮▮▮▮▮ of total sales.

6.      In February 2022, Defendant began selling chef knives. These knives are sold on Defendant's website for $69.90. Since then, it has launched additional cookware products, including pots, pans, silverware, and napkins. In aggregate, for the year ended December 31, 2023, these cookware products comprised less than ▮▮▮▮▮ of Defendant's total sales.

7. Defendant uses Google Analytics to monitor the location of visitors to its website. Google Analytics provides a "Demographic Details: City" report, which provides basic information about the geographic location of visitors to Quince.com. The most recent "Geo Report" available through Google Analytics is for the period February 1, 2023, through January 31, 2024. For this one-year period, only approximately ▮ of visitors to Quince.com were from San Francisco.

8. Consumers are permitted to leave reviews of the products they purchase on Quince.com on the website. From June 2020 through February 12, 2023, customers have left more than 250,000 reviews of products purchased on Quince.com.

9. Quince.com currently has contractual relationships with more than fifty top manufacturers around the world whose products are sold on Quince.com. Quince.com and its manufacturing partners maintain significant inventory of products sold on Quince.com so that such products can be readily shipped to consumers. Quince.com and its manufacturing partners currently possess approximately ▮ worth of inventory.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct. Executed in Park City, Utah on this 19th day of February, 2024.

/s/ Sean Milligan
Sean Milligan

**<u>ATTESTATION OF SIGNATURE</u>**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

DATED: February 20, 2024

/s/ Zachary M. Briers
Zachary M. Briers