ZACHARY M. BRIERS (SBN 287984)
zachary.briers@mto.com
ERIN J. COX (SBN 267954)
erin.cox@mto.com
ADAM W. KWON (SBN 327932)
adam.kwon@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Fax:            (213) 687-3702

*Attorneys for Defendant*
*Last Brand, Inc. d/b/a Quince.com*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINCE & CO LLC, | Case No. 3:23-cv-06016-AMO |
| *Plaintiff,* | Hon. Araceli Martínez-Olguín |
| v. | |
| LAST BRAND, INC., | **DECLARATION OF ZACHARY M. BRIERS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST CAUSE OF ACTION** |
| *Defendant.* | |

I, Zachary M. Briers, declare and state as follows:

1.    I am an attorney at the law firm Munger, Tolles & Olson LLP, counsel for Defendant Last Brand, Inc. in the above-entitled action. I provide this declaration in support of Defendant's Motion to Dismiss Plaintiff's First Cause of Action. I am over 18 years of age and have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to the information contained herein.

2.    I have reviewed the website and marketing materials for Plaintiff's restaurant that are publicly available online, including at Plaintiff's website (https://www.quincerestaurant.com/). According to its website, Plaintiff's restaurant has only one location in San Francisco's Jackson Square neighborhood. According to Plaintiff's website, Plaintiff serves "locally sourced and seasonal products from [its] dedicated network of Northern California purveyors, including those from the restaurant's own farm." Attached hereto as **Exhibit A** is a true and correct screenshot of the webpage, https://www.quincerestaurant.com/cuisine, created by my office on February 28, 2024.

3.    The trademark registration asserted by Plaintiff, U.S. Trademark Registration No. 5,730,261 (the "'261 Registration"), was registered on April 16, 2019, to an entity called Quince Hospitality, LLC ("Quince Hospitality"), a Minnesota limited liability company with its principal place of business in Minneapolis.

4.    On July 12, 2023, Plaintiff filed a document (the "Assignment Agreement") with the U.S. Patent and Trademark Office ("USPTO") to record the purported assignment of the '261 Registration from Quince Hospitality to Plaintiff. The Assignment Agreement, which can be accessed through the USPTO's document retrieval system in connection with the '261 Registration,[1] indicates that Quince Hospitality assigned the '261 Registration to Plaintiff on June 15, 2023. A true and correct copy of the Assignment Agreement is attached hereto as **Exhibit B**.

---

[1] A public copy of the Assignment is available online at https://tsdr.uspto.gov/caseviewer/assignments?caseId=5730261&docIndex=0&searchprefix=rn#docIndex=0 (accessed Mar. 7, 2024).

5.    Quince Hospitality continues to operate a catering company in Minneapolis under the name "Quince." Quince Hospitality operates a website (www.quinceMN.com), which states that it is a "specialty catering and events company based in the Twin Cities" that offers catering services for any event such as "a wedding, dinner party or baby shower brunch." The website states that Quince Hospitality is owned by Chef Brooke Faudree, who does not have any association with Plaintiff. The website further notes that the catering company is "named after the fruit," which is "a bright yellow fruit with a floral aroma and flavor that is sweetest when cooked." Attached hereto as **Exhibit C** is a true and correct copy of a printout of the webpage, www.quinceMN.com/about, created by my office on February 20, 2024. Attached hereto as **Exhibit D** is a true and correct copy of a printout of the webpage, www.quincemn.com/events, created by my office on March 1, 2024.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct. Executed in Palos Verdes Estates, California, on this 1st day of March, 2024.

*/s/ Zachary M. Briers*
Zachary M. Briers