ZACHARY M. BRIERS (SBN 287984)
zachary.briers@mto.com
ERIN J. COX (SBN 267954)
erin.cox@mto.com
ADAM W. KWON (SBN 327932)
adam.kwon@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Fax:             (213) 687-3702

*Attorneys for Defendant
Last Brand, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINCE & CO LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>LAST BRAND, INC.,<br><br>*Defendant*. | Case No. 3:23-CV-06016-AMO<br><br>**JOINT MOTION TO STAY CASE; [PROPOSED] ORDER**<br><br>Judge:   Hon. Araceli Martínez-Olguín<br>Courtroom: 10 |

1  Plaintiff Quince & Co LLC ("Plaintiff") and Defendant Last Brand, Inc. ("Defendant")
2  submit this Joint Motion to Stay Case and stipulate as follows:
3  WHEREAS, Plaintiff filed a complaint against Defendant on November 21, 2023 (ECF
4  No. 1), served that complaint on February 5, 2024 (ECF No. 8), and filed a motion for
5  preliminary injunction on February 6, 2024 ("PI Motion," ECF No. 9);
6  WHEREAS, following the filing of Defendant's opposition to Plaintiff's PI Motion (ECF
7  No. 23) and the Initial Case Management Conference held on February 22, 2024 (ECF No. 25),
8  each of the parties provided their consent to participate in a settlement conference before a
9  Magistrate Judge (ECF Nos. 27, 28);
10 WHEREAS, the parties participated in a settlement conference before Magistrate Judge
11 Sallie Kim on March 8, 2024 (ECF Nos. 40, 44), and thereafter continued to engage in settlement
12 discussions, including after the hearing on Plaintiff's PI Motion;
13 WHEREAS, on April 26, 2024, the parties reached a resolution of this action, the terms of
14 which have been communicated to Magistrate Judge Sallie Kim;
15 WHEREAS, counsel for Plaintiff and Defendant met and conferred, and have agreed that
16 a stay of this action while the parties take action to effectuate their agreement would serve the
17 interest of judicial economy and prevent potentially unnecessary proceedings before this Court;
18 NOW, THEREFORE, Plaintiff and Defendant, through their respective counsel of record,
19 hereby stipulate and mutually request that this action be stayed until **May 31, 2024**.

DATED: April 29, 2024					MUNGER, TOLLES & OLSON LLP


							By:   /s/ Zachary M. Briers
							       Zachary M. Briers

							Attorneys for Defendant
							Last Brand Inc.


DATED: April 29, 2024					VENABLE LLP


							By:   /s/ Sarah S. Brooks
							       Sarah S. Brooks

							Attorneys for Plaintiff
							Quince & Co LLC


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 29, 2024					By: _____
							Hon. Araceli Martínez-Olguín
							United States District Judge

- 3 -

JOINT MOT. TO STAY CASE
CASE NO. 3:23-CV-06016-AMO

**SIGNATURE ATTESTATION**

I hereby certify that each of the other Signatories to this Stipulation have authorized and concurred in the filing of this Stipulation.

>   */s/ Zachary M. Briers*
>   Zachary M. Briers

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

>   */s/ Zachary M. Briers*
>   Zachary M. Briers