ZACHARY M. BRIERS (SBN 287984)
zachary.briers@mto.com
ERIN J. COX (SBN 267954)
erin.cox@mto.com
ADAM W. KWON (SBN 327932)
adam.kwon@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Fax:               (213) 687-3702

*Attorneys for Defendant*
*Last Brand, Inc. d/b/a Quince.com*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINCE & CO LLC, <br><br>*Plaintiff,*<br><br>v.<br><br>LAST BRAND, INC.,<br><br>*Defendant.* | Case No. 3:23-cv-06016-AMO <br><br> Hon. Araceli Martínez-Olguín <br><br> **STIPULATION TO EXTEND STAY; [PROPOSED] ORDER** |

## STIPULATION TO EXTEND STAY

On April 29, 2024, the Court granted a joint motion to stay this case until May 31, 2024, in light of the fact that the parties have reached a resolution of this action. *See* ECF No. 58. The parties have been working diligently to effectuate their agreement and require a short extension of time to finalize settlement. Accordingly, subject to the Court's approval, the parties hereby stipulate to **STAY** the above-captioned matter for an additional 30 days, until **June 30, 2024**.

| | | |
|---|---|---|
| 1 | DATED: May 31, 2024 | MUNGER, TOLLES & OLSON LLP |
| 2 | | By: /s/ Zachary M. Briers |
| 3 | | ZACHARY M. BRIERS |
| 4 | | *Attorneys for Defendant Last Brand, Inc. d/b/a Quince.com* |
| 5 | | |
| 6 | DATED: May 31, 2024 | VENABLE LLP |
| 7 | | By: /s/Sarah S. Brooks |
| 8 | | SARAH S. BROOKS<br>*Attorneys for Plaintiff Quince & Co LLC* |

**SIGNATURE ATTESTATION**

I hereby certify that each of the other Signatories to this Stipulation have authorized the signing and filing of this Stipulation.

/s/Zachary M. Briers
Zachary M. Briers

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to stipulation, the above-captioned action is hereby **STAYED** until **June 30, 2024**. **IT IS SO ORDERED**.

DATED: _____, 2024

By: _____
Hon. Araceli Martínez-Olguín
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

/s/Zachary M. Briers
Zachary M. Briers