Venable LLP
JILL B. ROWE (SBN 197713)
jbrowe@VENABLE.COM
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

SARAH S. BROOKS (SBN 266292)
ssbrooks@venable.com
JONATHAN L. KO (SBN 321827)
JLKo@venable.com
ALEXANDRA L. KOLSKY (SBN 347793)
alkolsky@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:    310.229.9900
Facsimile:    310.229.9901

*Attorneys for Plaintiff*
*Quince & Co LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Quince & Co LLC,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>Last Brand, Inc.,<br><br>　　　　　　*Defendant*. | Case No. 3:23-cv-06016-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Quince & Co LLC and Defendant Last Brand, Inc. hereby stipulate to the dismissal of the action. All claims that Plaintiff raised or could have raised in this action are DISMISSED WITH PREJUDICE. Each party will bear its own costs, expenses, and attorneys' fees. The Court shall retain jurisdiction for purposes of enforcing the settlement agreement between the parties.

DATED: June 14, 2024          VENABLE LLP

                              By:  */s/ Sarah S. Brooks*
                                   Jill B. Rowe
                                   Sarah S. Brooks
                                   *Attorneys for Plaintiff Quince & Co LLC*

DATED: June 14, 2024          MUNGER, TOLLES & OLSON LLP

                              By:  */s/ Zachary M. Briers*
                                   Zachary M. Briers
                                   *Attorneys for Defendant Last Brand, Inc. d/b/a Quince.com*

## ATTESTATION

Pursuant to Civ. L.R.5-4.3.4, the undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

DATED: June 14, 2024                    VENABLE LLP

                                        By:  /s/ Sarah S. Brooks
                                             Jill B. Rowe
                                             Sarah S. Brooks
                                             *Attorneys for Plaintiff Quince & Co LLC*

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900